**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**MARISA BRADY,**

    **Plaintiff,**

**v.**                                                                                              **Case No: 5:16-cv-611-Oc-34PRL**

**SYNCHRONY BANK**

    **Defendant.**

## ORDER

On May 9, 2017, the Court held a telephonic conference to discuss pending motions and general case status. This Order confirms the rulings made on the record at the hearing.

First, Plaintiff's unopposed motion for leave to amend her Complaint to add two additional Defendants (Doc. 18) is **GRANTED**. The Clerk shall promptly docket the first amended complaint attached as an exhibit to Plaintiff's motion (Doc. 18-1) and Plaintiff shall serve Defendants pursuant to the requirements of the Federal Rules of Civil Procedure.

Because the interests of judicial economy are not served by having the case proceed pursuant to separate case management deadlines, and with the agreement of the parties, the case deadlines set forth in the current Case Management and Scheduling Order (Doc. 12) are **STAYED** pending further order of the Court. Once service is perfected on the additional Defendants, the parties shall have **forty-five (45) days** to meet, confer, and file an amended joint case management report. The Court will then lift the stay and enter an amended case management and scheduling order. Because the case deadlines are being stayed, Defendant's unopposed motion to extend mediation and expert report deadlines (Doc. 19) is **terminated** as moot.

Finally, Defendant's motion to stay proceedings pending a ruling by the D.C. Circuit Court of Appeals (Doc. 15) is **denied without prejudice** to renewal if appropriate after all Defendants have been brought into the case and the parties have filed a joint case management report.

**DONE** and **ORDERED** in Ocala, Florida on May 10, 2017.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

District Judge
Counsel of Record
Unrepresented Parties

Finally, Defendant's motion to stay proceedings pending a ruling by the D.C. Circuit Court of Appeals (Doc. 15) is **denied without prejudice** to renewal if appropriate after all Defendants have been brought into the case and the parties have filed a joint case management report.

**DONE** and **ORDERED** in Ocala, Florida on May 10, 2017.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

District Judge
Counsel of Record
Unrepresented Parties