**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

MARISA BRADY,

    Plaintiff,

v.                                        Case No.   5:16-cv-611-Oc-34PRL

SYNCHRONY BANK, et al.,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal With Prejudice (Dkt. No. 46; Stipulation) filed on October 23, 2017.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorney's fees, costs and expenses.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers this 23rd day of October, 2017.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record